# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Humane Soc'y of the United States, et al.

**v.**

Sally Jewell, Sec'y of the Interior, et al.

**Case No:** 15-5041

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

○ Appellant(s)/Petitioner(s)  ● Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae

Sally Jewell, Sec'y of the Interior

U.S. Department of the Interior

U.S. Fish and Wildlife Service

Names of Parties | Names of Parties

### Counsel Information

**Lead Counsel:** Joan M. Pepin

**Direct Phone:** (202) 305-4626  **Fax:** (202) 353-1873  **Email:** joan.pepin@usdoj.gov

**2nd Counsel:**

**Direct Phone:** ( ) -  **Fax:** ( ) -  **Email:**

**3rd Counsel:**

**Direct Phone:** ( ) -  **Fax:** ( ) -  **Email:**

**Firm Name:** U.S. Department of Justice, Environment & Natural Resources Div., Appellate Section

**Firm Address:** P.O. Box 7415, Washington DC 20044

**Firm Phone:** (202) 514-2748  **Fax:** (202) 353-1873  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)