# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 15-5041**  September Term, 2014

1:13-cv-00186-BAH

Filed On: February 24, 2015 [1539274]

Humane Society of the United States, et al.,

 Appellees

 v.

Sally Jewell, Secretary of the Interior, et al.,

 Appellees

U.S. Sportsmen's Alliance Foundation, et al.,

 Appellants

State of Wisconsin, et al.,

 Appellees

-----------------------------

Consolidated with 15-5043

## O R D E R

 The notice of appeal was filed on February 13, 2015, and docketed in this court on February 19, 2015. It is, on the court's own motion, that these cases be consolidated. It is

 **FURTHER ORDERED** that appellants submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | March 26, 2015 |
| Docketing Statement Form | March 26, 2015 |
| Entry of Appearance Form | March 26, 2015 |
| Procedural motions, if any | March 26, 2015 |
| Statement of Intent to Utilize Deferred Joint Appendix | March 26, 2015 |
| Statement of Issues to be Raised | March 26, 2015 |
| Transcript Status Report | March 26, 2015 |
| Underlying Decision from Which Appeal or | March 26, 2015 |

No. 15-5041 September Term, 2014

| | |
|---|---|
| Petition Arises | |
| Dispositive Motions, if any (Original and 4 copies) | April 10, 2015 |

It is

**FURTHER ORDERED** that appellees submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | March 26, 2015 |
| Entry of Appearance Form | March 26, 2015 |
| Procedural motions, if any | March 26, 2015 |
| Dispositive Motions, if any (Original and 4 copies) | April 10, 2015 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/
Lynda M. Flippin
Deputy Clerk

The following forms and notices are available on the Court's website:

Civil Docketing Statement Form
Entry of Appearance Form
Transcript Status Report Form
Request to Enter Appellate Mediation Program
Notice Concerning Expedition of Appeals and Petitions for Review
Stipulation to be Placed in Stand-By Pool of Cases