# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Humane Soc'y of the United States, et al.

v.

Sally Jewell, Sec'y of the Interior, et al.

**Case No:** 15-5041

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

(•) Appellant(s)/Petitioner(s)  ( ) Appellee(s)/Respondent(s)  ( ) Intervenor(s)  ( ) Amicus Curiae

Safari Club International

Names of Parties                    Names of Parties

### Counsel Information

**Lead Counsel:** Anna M. Seidman

Direct Phone: (202) 609-8169  Fax: (202) 543-1205  Email: aseidman@safariclub.org

**2nd Counsel:** Douglas S. Burdin

Direct Phone: (202) 609-8172  Fax: (202) 543-1205  Email: dburdin@safariclub.org

**3rd Counsel:** Jeremy E. Clare

Direct Phone: (202) 609-8179  Fax: (202) 543-1205  Email: jclare@safariclub.org

**Firm Name:** Safari Club International

**Firm Address:** 501 Second St., NE, Washington D.C. 20002

**Firm Phone:** (202) 543-8733  Fax: (202) 543-1205  Email: dburdin@safariclub.org

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)