# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Humane Soc'y of the United States, et al.

**v.**  Sally Jewell, Sec'y of the Interior, et al.

**Case No:** 15-5041

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

☉ Appellant(s)/Petitioner(s)  ☐ Appellee(s)/Respondent(s)  ☐ Intervenor(s)  ☐ Amicus Curiae

| Names of Parties | Names of Parties |
|---|---|
| U.S. Sportsmen's Alliance Foundation | Winconsin Bear Hunters Association |
| Michigan United Conservation Clubs | Wisconsin Bowhunters Association |
| Upper Peninsula Bear Houndsmen Association | Michigan Hunting Dog Federation |
| Rocky Mountain Elk Foundation | |

### Counsel Information

**Lead Counsel:** James H. Lister

**Direct Phone:** (202) 862-8368  **Fax:** (202) 659-1027  **Email:** jlister@dc.bhb.com

**2nd Counsel:** William P. Horn

**Direct Phone:** (202) 659-5800  **Fax:** (202) 659-1027  **Email:** whorn@dc.bhb.com

**3rd Counsel:**

**Direct Phone:** (   )   **Fax:** (   )   **Email:**

**Firm Name:** Birch Horton Bittner & Cherot, PC

**Firm Address:** 1156 15th Street, NW, Suite 1020, Washington, D.C. 20005

**Firm Phone:** (202) 659-5800  **Fax:** (202) 659-1027  **Email:** jlister@dc.bhb.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)