Nos. 15-5041, 15-5043, 15-5060, 15-5061

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

Humane Society of the United States, et al.,

Appellees,

vs.

Sally Jewell, Secretary of the Interior, et al.,

Appellants.
_____

**On Appeal from the United States District Court for the District of Columbia
No. 13-CV-00186 (BAH)**
_____

**NOTICE OF INTENT TO FILE *AMICUS CURIAE* BRIEF BY THE STATE
OF MINNESOTA IN SUPPORT OF DEFENDANTS-APPELLANTS**
_____

The State of Minnesota hereby notifies this Court of its intent to file an *amicus curiae* brief in support of Defendants-Appellants in the above-captioned matter. Pursuant to D.C. Circuit Rule 29(a), the State of Minnesota may file an *amicus curiae* brief without the consent of the parties or leave of court.

*Signature on page 2*

Dated: March 11, 2015

OFFICE OF THE ATTORNEY GENERAL
State of Minnesota

s/ Kathryn I. Landrum
KATHRYN LANDRUM
Assistant Attorney General
D.C. Cir. Bar No. 55828

445 Minnesota Street, Suite 1100
St. Paul, Minnesota 55101-2128
(651) 757-1189 (Voice)
(651) 296-1410 (TTY)

ATTORNEY FOR *AMICUS CURIAE*
STATE OF MINNESOTA

# CORPORATE DISCLOSURE STATEMENT

The State of Minnesota, as a governmental entity, is exempt from the filing of a corporate disclosure statement.  *See* Fed. R. App. P. 26.1(a).

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2015, I filed a copy of the foregoing Notice of Intent to File Amicus Curiae Brief by the State of Minnesota in Support of Defendants-Appellants with the clerk of court using the CM/ECF system which will serve notice upon the following ECF registrants.

Dated: March 11, 2015

                OFFICE OF THE ATTORNEY GENERAL
                State of Minnesota

                s/ Kathryn I. Landrum
                KATHRYN LANDRUM
                Assistant Attorney General
                D.C. Cir. Bar No. 55828

                445 Minnesota Street, Suite 1100
                St. Paul, Minnesota 55101-2128
                (651) 757-1189 (Voice)
                (651) 296-1410 (TTY)

                ATTORNEY FOR *AMICUS CURIAE* STATE OF MINNESOTA