**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

No. 15-5041
_____

HUMANE SOCIETY OF THE UNITED STATES, et al.,

Plaintiffs-Appellees,

v.

SALLY JEWELL, et al.,

Defendants-Appellants
_____

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 23rd day of March 2015, a true and correct copy of the following document(s) were electronically filed through the CM/ECF system, which caused all parties to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

- John I. Kittel's Entry of Appearance as Co-Counsel for the Defendant-Intervenor-Appellant Rocky Mountain Elk Foundation and Michigan United Conservation Clubs.

/s/  John I. Kittel
John I. Kittel, Esq.
USCOA D.C. Circuit Bar No. 55798
Mazur & Kittel, PLLC
30665 Northwestern Hwy., Ste. 175
Farmington Hills, MI 48334
Tel:  (248) 432-8000
Fax  (248) 432-8010
jkittel@mazur-kittel.com
