# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT
333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Humane Soc'y of the United States, et al.,

v.  **Case No:** 15-5041

Sally Jewell, et al.,

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

(●) Appellant(s)/Petitioner(s)  ( ) Appellee(s)/Respondent(s)  ( ) Intervenor(s)  ( ) Amicus Curiae

National Rifle Association of America

**Names of Parties**                    **Names of Parties**

### Counsel Information

**Lead Counsel:** Michael T Jean

**Direct Phone:** (703) 267-1158  **Fax:** (703) 267-1164  **Email:** MJean@NRAhq.org

**2nd Counsel:**

**Direct Phone:** ( ) -  **Fax:** ( ) -  **Email:**

**3rd Counsel:**

**Direct Phone:** ( ) -  **Fax:** ( ) -  **Email:**

**Firm Name:** National Rifle Association of America - Office of Litigation Counsel

**Firm Address:** 11250 Waples Mill Road Fairfax VA 22030

**Firm Phone:** (703) 267-1158  **Fax:** (703) 267-1164  **Email:** MJean@NRAhq.org

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)