## UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

THE HUMANE SOCIETY OF THE UNITED
STATES, et al.,

     Appellees,

v.

SALLY JEWELL, et al.,

     Appellants,

and

HUNTER CONSERVATION COALITION,

     Appellants / Defendant-Intervenors.

No. 15-5041

1:13-cv-00186-BAH

Consolidated with 15-5043, 15-5060, 15-5061

### APPELLANTS / DEFENDANT-INTERVENORS
### HUNTER CONSERVATION COALITION'S
### CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

(A)   **Parties and Amici**.

Plaintiff-Appellees: Humane Society of the United States; Born Free USA;

Help Our Wolves Live; and Friends of Animals and Their Environment.

Defendant-Appellants: Sally Jewell, Secretary of Interior; Department of

the Interior; and U.S. Fish and Wildlife Service.

Appellants/Defendant-Intervenors: U.S. Sportsmen's Alliance Foundation,

Safari Club International, the National Rifle Association of America, the

Wisconsin Bear Hunters Association, the Michigan United Conservation Clubs, the

Wisconsin Bowhunters Association, the Upper Peninsula Bear Houndsmen

Association, the Michigan Hunting Dog Federation, and the Rocky Mountain Elk

Foundation (collectively, "Hunter Conservation Coalition")[1]; State of Wisconsin;

Wisconsin Department of Natural Resources; State of Michigan; and Michigan

Department of Natural Resources.

*Amicus Curiae* for Appellants: State of Minnesota.

(B)  **Rulings Under Review**.

This appeal seeks review of the District Court Judge Beryl A. Howell's

December 19, 2014 Memorandum Opinion and accompanying Order resolving

motions for Summary Judgment (District Court Case No. 13-186-BAH).  The

District Court case concerned judicial review of the U.S. Fish and Wildlife

Service's decision to recognize and delist a Distinct Population Segment in its rule

Revising the Listing of the Gray Wolf (Canis lupus) in the Western Great Lakes,

76 Fed. Reg. 81,666 (Dec. 28, 2011).

---

[1]    "Hunter Conservation Coalition" is a collective term for the private party
defendant-intervenors who each joined in the Unopposed Motion to Intervene
(ECF Doc. 11) granted by the District Court in a Minute Order dated May 7, 2013
(ECF Doc. 14).  *See* Unopposed Motion to Intervene at 1 (listing the applicant-
defendant-intervenors by name).

(C)    **Related Cases**.

Four Notices of Appeal have been filed in this case. The following four

Notices of Appeals have been consolidated:[2]

Hunter Conservation Coalition – Defendant Intervenor-Appellants [15-5041]

Federal Defendant-Appellants   [15-5043]

State of Wisconsin; Wisconsin Department of Natural Resources –

Defendant Intervenor-Appellants  [15-5060]

Michigan Department of Natural Resources; State of Michigan – Defendant

Intervenor-Appellants [15-5061].

---

[2] *See* Order, Mar. 4, 2015.

Dated:  March 26, 2015

Respectfully submitted,

Hunter Conservation Coalition Appellants-Defendant-Intervenors

 /s/ James H. Lister
James H. Lister (D.C. Bar # 447878)
Melinda L. Meade Meyers (D.C. Bar #1022572)
Birch Horton Bittner and Cherot, PC
1156 15th Street, N.W., Suite 1020
Washington, D.C. 20005
Telephone: (202) 659-5800
Facsimile (202) 659-1027
jlister@dc.bhb.com
mmeademeyers@dc.bhb.com
*Attorneys for Appellants-Defendant-Intervenors: U.S. Sportsmen's Alliance Foundation; Wisconsin Bear Hunters Association; Michigan United Conservation Clubs; Wisconsin Bowhunters Association; Upper Peninsula Bear Houndsmen Association; Michigan Hunting Dog Federation; and Rocky Mountain Elk Foundation*

/s/ Anna M. Seidman
Anna M. Seidman (D.C. Bar # 417091)
Douglas S. Burdin (D.C. Bar # 434107)
Safari Club International
501 2nd Street N.E.
Washington, D.C. 20002
Telephone: (202) 543-8733
Facsimile: (202) 543-1205
aseidman@safariclub.org
*Attorneys for Appellant-Defendant-Intervenor Safari Club International*

Michael T. Jean (MI Bar No. P76010)
National Rifle Association of America/ILA
11250 Waples Mill Rd., 5N
Fairfax, VA 22030
Telephone: (703) 267-1158
Facsimile: (703) 267-1164
mjean@nrahq.org
*Counsel for Appellant-Defendant-Intervenor National Rifle Association of America*

John I. Kittel
U.S.D.C. for D.C. Bar No. WI0030
Mazur & Kittel, PLLC
30665 Northwestern Hwy. Ste. 175
Farmington Hills, MI 48334
Tel: (248) 432-8000
Fax (248) 432-8010
jkittel@mazur-kittel.com
*Co-Counsel for Appellant-Defendant-Intervenor Michigan Conservation Clubs and Rocky Mountain Elk Foundation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of March 2015, the foregoing was sent to all counsel of record through the Court's ECF System.

<div style="margin-left: 50%;">

/s/ James H. Lister
James H. Lister (D.C. Bar # 447878)
Birch Horton Bittner and Cherot, PC
1156 15th Street, N.W., Suite 1020
Washington, D.C. 20005
Telephone: (202) 659-5800
Facsimile (202) 659-1027
jlister@dc.bhb.com

</div>