# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al., | |
| Appellees, | |
| v. | No. 15-5041 |
| SALLY JEWELL, et al., | 1:13-cv-00186-BAH |
| Appellants, | |
| and | |
| HUNTER CONSERVATION COALITION, | |
| Appellants / Defendant-Intervenors. | |

Consolidated with 15-5043, 15-5060, 15-5061

**APPELLANTS / DEFENDANT-INTERVENORS
HUNTER CONSERVATION COALITION'S
STATEMENT OF INTENT TO USE JOINT DEFERRED APPENDIX**

Counsel for Appellants/Defendant-Intervenors Hunter Conservation Coalition have conferred with counsel for all other parties (specifically, Appellee/Plaintiff Humane Society of the United States, et al., Appellant/Federal Defendants, and Appellants/Defendant-Intervenors Wisconsin and Michigan). All parties have agreed to utilize a Joint Deferred Appendix for this appeal.

1

Dated: March 26, 2015

Respectfully submitted,

Hunter Conservation Coalition Appellants-Defendant-Intervenors

/s/James H. Lister_____
James H. Lister (D.C. Bar # 447878)
Melinda L. Meade Meyers (D.C. Bar #1022572)
Birch Horton Bittner and Cherot, PC
1156 15th Street, N.W., Suite 1020
Washington, D.C. 20005
Telephone: (202) 659-5800
Facsimile (202) 659-1027
jlister@dc.bhb.com
mmeademeyers@dc.bhb.com
*Attorneys for Appellants-Defendant-Intervenors: U.S. Sportsmen's Alliance Foundation; Wisconsin Bear Hunters Association; Michigan United Conservation Clubs; Wisconsin Bowhunters Association; Upper Peninsula Bear Houndsmen Association; Michigan Hunting Dog Federation; and Rocky Mountain Elk Foundation*

/s/Anna M. Seidman_____
Anna M. Seidman (D.C. Bar # 417091)
Douglas S. Burdin (D.C. Bar # 434107)
Safari Club International
501 2nd Street N.E.
Washington, D.C. 20002
Telephone: (202) 543-8733
Facsimile: (202) 543-1205
aseidman@safariclub.org
*Attorneys for Appellant-Defendant-Intervenor Safari Club International*

/s/Michael T. Jean_____
Michael T. Jean (MI Bar No. P76010)
National Rifle Association of America/ILA
11250 Waples Mill Rd., 5N
Fairfax, VA 22030
Telephone: (703) 267-1158
Facsimile: (703) 267-1164
mjean@nrahq.org
*Counsel for Appellant-Defendant-Intervenor National Rifle Association of America*

/s/John I. Kittel_____
John I. Kittel
U.S.D.C. for D.C. Bar No. WI0030
Mazur & Kittel, PLLC
30665 Northwestern Hwy. Ste. 175
Farmington Hills, MI 48334
Tel: (248) 432-8000
Fax (248) 432-8010
jkittel@mazur-kittel.com
*Co-Counsel for Appellant-Defendant-Intervenor Michigan Conservation Clubs and Rocky Mountain Elk Foundation*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of March 2015, the foregoing was sent to all counsel of record through the Court's ECF System.

/s/James H. Lister
James H. Lister (D.C. Bar # 447878)
Birch Horton Bittner and Cherot, PC
1156 15th Street, N.W., Suite 1020
Washington, D.C. 20005
Telephone: (202) 659-5800
Facsimile (202) 659-1027
jlister@dc.bhb.com