# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al.,<br><br>    Appellees,<br><br>v.<br><br>SALLY JEWELL, et al.,<br><br>    Appellants,<br><br>and<br><br>HUNTER CONSERVATION COALITION,<br><br>    Appellants / Defendant-Intervenors. | No. 15-5041<br><br>1:13-cv-00186-BAH |

Consolidated with 15-5043, 15-5060, 15-5061

### APPELLANTS / DEFENDANT-INTERVENORS HUNTER CONSERVATION COALITION'S CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

(A) **Parties and Amici**.

Plaintiff-Appellees: Humane Society of the United States; Born Free USA; Help Our Wolves Live; and Friends of Animals and Their Environment.

Defendant-Appellants: Sally Jewell, Secretary of Interior; Department of the Interior; and U.S. Fish and Wildlife Service.

1

Appellants/Defendant-Intervenors: U.S. Sportsmen's Alliance Foundation, Safari Club International, the National Rifle Association of America, the Wisconsin Bear Hunters Association, the Michigan United Conservation Clubs, the Wisconsin Bowhunters Association, the Upper Peninsula Bear Houndsmen Association, the Michigan Hunting Dog Federation, and the Rocky Mountain Elk Foundation (collectively, "Hunter Conservation Coalition")[1]; State of Wisconsin; Wisconsin Department of Natural Resources; State of Michigan; and Michigan Department of Natural Resources.

*Amicus Curiae* for Appellants: State of Minnesota.

(B)  **Rulings Under Review**.

This appeal seeks review of the District Court Judge Beryl A. Howell's December 19, 2014 Memorandum Opinion and accompanying Order resolving motions for Summary Judgment (District Court Case No. 13-186-BAH).  The District Court case concerned judicial review of the U.S. Fish and Wildlife Service's decision to recognize and delist a Distinct Population Segment in its rule Revising the Listing of the Gray Wolf (Canis lupus) in the Western Great Lakes, 76 Fed. Reg. 81,666 (Dec. 28, 2011).

---

[1]  "Hunter Conservation Coalition" is a collective term for the private party defendant-intervenors who each joined in the Unopposed Motion to Intervene (ECF Doc. 11) granted by the District Court in a Minute Order dated May 7, 2013 (ECF Doc. 14).  *See* Unopposed Motion to Intervene at 1 (listing the applicant-defendant-intervenors by name).

(C) **Related Cases**.

Four Notices of Appeal have been filed in this case. The following four Notices of Appeals have been consolidated:[2]

    Hunter Conservation Coalition – Defendant Intervenor-Appellants [15-5041]

    Federal Defendant-Appellants [15-5043]

    State of Wisconsin; Wisconsin Department of Natural Resources – Defendant Intervenor-Appellants [15-5060]

    Michigan Department of Natural Resources; State of Michigan – Defendant Intervenor-Appellants [15-5061].

---

[2] *See* Order, Mar. 4, 2015.

Dated: March 26, 2015

Respectfully submitted,

Hunter Conservation Coalition Appellants-Defendant-Intervenors

| | |
|---|---|
| /s/ James H. Lister | /s/ Anna M. Seidman |
| James H. Lister (D.C. Bar # 447878) | Anna M. Seidman (D.C. Bar # 417091) |
| Melinda L. Meade Meyers (D.C. Bar #1022572) | Douglas S. Burdin (D.C. Bar # 434107) |
| Birch Horton Bittner and Cherot, PC | Safari Club International |
| 1156 15th Street, N.W., Suite 1020 | 501 2nd Street N.E. |
| Washington, D.C. 20005 | Washington, D.C. 20002 |
| Telephone: (202) 659-5800 | Telephone: (202) 543-8733 |
| Facsimile (202) 659-1027 | Facsimile: (202) 543-1205 |
| jlister@dc.bhb.com | aseidman@safariclub.org |
| mmeademeyers@dc.bhb.com | *Attorneys for Appellant-Defendant-Intervenor Safari Club International* |
| *Attorneys for Appellants-Defendant-Intervenors: U.S. Sportsmen's Alliance Foundation; Wisconsin Bear Hunters Association; Michigan United Conservation Clubs; Wisconsin Bowhunters Association; Upper Peninsula Bear Houndsmen Association; Michigan Hunting Dog Federation; and Rocky Mountain Elk Foundation* | |
| Michael T. Jean (MI Bar No. P76010) | John I. Kittel |
| National Rifle Association of America/ILA | U.S.D.C. for D.C. Bar No. WI0030 |
| 11250 Waples Mill Rd., 5N | Mazur & Kittel, PLLC |
| Fairfax, VA 22030 | 30665 Northwestern Hwy. Ste. 175 |
| Telephone: (703) 267-1158 | Farmington Hills, MI 48334 |
| Facsimile: (703) 267-1164 | Tel: (248) 432-8000 |
| mjean@nrahq.org | Fax (248) 432-8010 |
| *Counsel for Appellant-Defendant-Intervenor National Rifle Association of America* | jkittel@mazur-kittel.com |
| | *Co-Counsel for Appellant-Defendant-Intervenor Michigan Conservation Clubs and Rocky Mountain Elk Foundation* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of March 2015, the foregoing was sent to all counsel of record through the Court's ECF System.

/s/ James H. Lister
James H. Lister (D.C. Bar # 447878)
Birch Horton Bittner and Cherot, PC
1156 15th Street, N.W., Suite 1020
Washington, D.C. 20005
Telephone: (202) 659-5800
Facsimile (202) 659-1027
jlister@dc.bhb.com