No. 15-5041 (consolidated with 15-5043, 15-5060, 15-5061)

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

The Humane Society of the United States, et al.,

Plaintiffs-Appellees

v.

Sally Jewell, Secretary of the Interior, et al.,

U.S. Sportsmen's Alliance Foundation, et al.,

State of Wisconsin, et al.,

Defendants-Appellants.

On Appeal from the United States District Court for the District of Columbia
Civ. No. 13-00186-BAH

**CORPORATE DISCLOSURE STATEMENT OF THE HUMANE SOCIETY OF THE UNITED STATES, BORN FREE USA, HELP OUR WOLVES LIVE, AND FRIENDS OF ANIMALS AND THEIR ENVIRONMENT**

The Humane Society of the United States, Born Free USA, Help Our Wolves Live and Friends of Animals and Their Environment are all nonprofit animal protection organizations that work on wildlife conservation issues, including issues concerning the protection of wolves. None of these organizations has any parent corporation, and no entity owns a ten percent or greater ownership

1

interest in any of these organizations. None of these organizations issues any stock or shares.

Dated: March 26, 2015                                  By: */s/ Ralph E. Henry*
                                                           Ralph E. Henry, Bar No. 982586
                                                           rhenry@humanesociety.org
                                                           The Humane Society of the United States
                                                           2100 L Street, NW
                                                           Washington, DC 20037
                                                           (202) 676-2324 (phone)
                                                           (202) 676-2357 (facsimile)

                                                           Elizabeth Runyan Geise, Bar No. 358266
                                                           egeise@schiffhardin.com
                                                           Schiff Hardin LLP
                                                           901 K Street, NW
                                                           Suite 700
                                                           Washington, DC 20001
                                                           (202) 778-6451 (phone)
                                                           (202) 778-6460 (facsimile)

                                                           Attorney for The Humane Society of the United States, Born Free USA, Help Our Wolves Live, and Friends of Animals and Their Environment

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Corporate Disclosure Statement was electronically filed on March 26, 2015 via the Court's appellate CM/ECF system, and that service will therefore be accomplished via the appellate CM/ECF system.

/s/ Ralph E. Henry

Ralph E. Henry

Attorney for The Humane Society of the United States, Born Free USA, Help Our Wolves Live, and Friends of Animals and Their Environment