No. 15-5041

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

**HUMANE SOCIETY OF THE UNITED STATES, et al.,**
*Plaintiff-Appellee*,

v.

**S.M.R. JEWELL,**
**Secretary of the United States Department of the Interior, et al.,**
*Defendants-Appellees,*

**U.S. SPORTSMENS' ALLIANCE, et al.,**
*Intervenor-Defendants-Appellants,*

**STATE OF WISCONSIN, et al.,**
*Intervenor-Defendant-Appellees.*

On Appeal from the U.S. District Court for the District of Columbia
No. 1:13-cv-00186-BAH (Hon. Beryl A. Howell)

**FEDERAL DEFENDANTS-APPELLEES' CERTIFICATE AS TO
PARTIES, RULINGS, AND RELATED CASES**

A. <u>Parties and Amici</u>. The plaintiffs are the Humane Society of the United States, Born Free, Help our Wolves Live, and Friends of Animals and Their Environment. The defendants are Sally Jewell, Secretary of the U.S. Department of the Interior; the U.S. Department of the Interior; and the United States Fish and Wildlife Service. The federal defendants, though styled appellees in the caption of appeal No. 15-5041, have also appealed from the adverse judgment of the District

Court in consolidated appeal No. 15-5043. The State of Wisconsin and the Wisconsin Department of Natural Resources are intervenor-defendants and are appellants in consolidated appeal No. 15-5060. The State of Michigan and the Michigan Department of Natural Resources are intervenor-defendants and are appellants in consolidated appeal No. 15-5061. The U.S. Sportmen's Alliance Foundation, National Rifle Association, Wisconsin Bear Hunters Ass'n, Michigan United Conservation Clubs, Wisconsin Bowhunters Association, Upper Peninsula Bear Houndsmen Association, Michigan Hunting Dog Federation, Rocky Mountain Elk Foundation, and the Safari Club International are intervenor-defendants and are the appellants in the lead appeal, No. 15-5041. The State of Minnesota is participating as amicus curiae in support of the defendants.

B. <u>Rulings under Review</u>. The decisions under review were issued by the United States District Court for the District of Columbia (Hon. Beryl A. Howell) in *Humane Society of the United States v. Jewell*, No. 13-186. They are Docket Nos. 52 and 53, the Memorandum Opinion and Order issued on December 19, 2014, granting the plaintiffs' motion for summary judgment, setting aside the final rule under review, and reinstating the prior rule.

C. <u>Related Cases</u>. This case has not been before this or any other court as defined by D.C. Circuit Local Rule 28(a)(1)(C). The case of *Defenders of Wildlife v. Jewell*, D.C. Cir. No. 5300, D.D.C. No. 12-1833 (Hon. Amy Berman Jackson) involves some of the same parties and some of the same issues. Decisions were issued in that

case on September 23, 2014, and September 30, 2014, and six consolidated appeals are pending but not yet briefed.

Respectfully submitted,

 *s/ Joan M. Pepin*
JOAN M. PEPIN
United States Department of Justice
Environment &Natural Resources Division
Appellate Section
P.O. Box 7415
Washington, D.C. 20044
(202) 305-4626
joan.pepin@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on March 26, 2015, I am filing the foregoing Certificate as to Parties, Rulings, and Related Cases using the Court's CM/ECF filing system. Counsel for all parties except the State of Michigan and the Michigan Department of Environmental Protection are registered to use that system and will receive copies of this document upon its filing through CM/ECF.

Counsel for the State of Michigan and the Michigan Department of Environmental Protection will be served by e-mail and U.S. Mail at the following address:

Pamela J. Stevenson
Office of the Attorney General, State of Michigan
ENRA Division
525 West Ottawa Street
PO Box 30755
Lansing, MI 48909

Email: stevensonp@michigan.gov


                                                    */s/ Joan M. Pepin*