# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 15-5061                    2. DATE DOCKETED: 03-04-2015

3. CASE NAME (lead parties only) Humane Society    v.    Jewell (USFWS)

4. TYPE OF CASE:    ☒ District Ct -    ⦿ US Civil   ○ Private Civil   ○ Criminal   ○ Bankruptcy
                    ☐ Bankruptcy - if direct from Bankruptcy Court    ☐ Original proceeding

5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?    ○ Yes   ⦿ No
   If YES, cite statute

6. CASE INFORMATION:
   a. District Court Docket No.         Bankruptcy Court Docket No.        Tax Court Docket No.
      Civil Action 1:13-cv-00186-BAH    Bankruptcy _____         Tax _____
      Criminal _____          Adversary _____
      Miscellaneous _____     Ancillary _____
   b. Review is sought of:
      ☒ Final Order    ☐ Interlocutory Order appealable as of right    ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Beryl A. Howell _____         Magistrate Judge _____
   d. Date of order(s) appealed (use date docketed): 12-19-2014    e. Date notice of appeal filed: 02-27-2015
   f. Has any other notice of appeal been filed in this case?    ⦿ Yes   ○ No    If YES, date filed: Several
   g. Are any motions currently pending in trial court?    ○ Yes   ⦿ No    If YES, date filed: _____
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?    ○ Yes   ⦿ No
      If NO, why not?  There was no trial or oral argument in the district court.
   i. Has this case been before the Court under another appeal number? ○ Yes   Appeal # _____   ⦿ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same
      issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ⦿ Yes   ○ No If YES, give each case's court and case name, and docket number:
      Defenders of Wildlife v. Jewell, D.C. Cir. No. 14-5300, D.D.C. No. 12-1833
   k. Does this case turn on validity or correct interpretation or application of a statute?    ⦿ Yes   ○ No
      If YES, give popular name and citation of statute Endangered Species Act, 16 USC 1531 et seq.

7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for
   dispute resolution?   ○ Yes   ⦿ No    If so, provide program name and participation dates

Signature /s/ Nathan Gambill                    Date  04-03-2015
Name of Party State of Michigan and Michigan Department of Natural Resources
Name of Counsel for Appellant/Petitioner Nathan Gambill and Pamela J. Stevenson
Address P.O. Box 30755, Lansing, MI 48909
Phone ( 517 )  373-7540      Fax ( 517 )  373-1610

**ATTACH A CERTIFICATE OF SERVICE**

Note:  If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7
calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to
this form.

USAC Form 42
August 2009 (REVISED)