# CERTIFICATE OF SERVICE (E-FILE)

I hereby certify that on April 3, 2015, I electronically filed the Civil Docketing Statement with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

/s/ Nate Gambill
Nate Gambill
(Mich. Bar No. P75506)
gambilln@michigan.gov
Pamela J. Stevenson
(Mich. Bar No. P40373)
stevensonp@michigan.gov
Assistant Attorneys General
Attorneys for State of Michigan and Michigan Department of Natural Resources
Environment, Natural Resources, and Agriculture Division
P.O. Box 30755
Lansing, MI 48909
(517) 373-7540

Dated: April 3, 2015
LF/Humane Society v US Fish and Wildlife/2013-0032710-B/Civil Docketing Statement 2015-04-03