# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 15-5060                                  2. DATE DOCKETED: 02-27-2015
3. CASE NAME (lead parties only) Humane Soc'y of the U.S., et al. v. Sally Jewell, et al.
4. TYPE OF CASE:    ☒ District Ct -  ⦿ US Civil  ○ Private Civil  ○ Criminal  ○ Bankruptcy
                    ☐ Bankruptcy - if direct from Bankruptcy Court    ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?         ○ Yes  ⦿ No
   If YES, cite statute _____
6. CASE INFORMATION:
   a. District Court Docket No.            Bankruptcy Court Docket No.       Tax Court Docket No.
      Civil Action 1:13-CV-00186-BAH       Bankruptcy _____                Tax _____
      Criminal _____                     Adversary _____
      Miscellaneous _____                Ancillary _____
   b. Review is sought of:
      ☒ Final Order    ☐ Interlocutory Order appealable as of right    ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Beryl A. Howell                       Magistrate Judge _____
   d. Date of order(s) appealed (use date docketed): 12-19-2014    e. Date notice of appeal filed: 02-26-2015
   f. Has any other notice of appeal been filed in this case?  ⦿ Yes  ○ No   If YES, date filed: multiple
   g. Are any motions currently pending in trial court?  ○ Yes  ⦿ No   If YES, date filed: _____
      If YES, identify motion _____
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?     ○ Yes  ⦿ No
      If NO, why not?  Judicial review case - no trial or oral arguments held
   i. Has this case been before the Court under another appeal number? ○ Yes  Appeal # _____  ⦿ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ○ Yes  ⦿ No  If YES, give each case's court and case name, and docket number:
      _____
   k. Does this case turn on validity or correct interpretation or application of a statute?    ⦿ Yes  ○ No
      If YES, give popular name and citation of statute Endangered Species Act, 16 U.S.C. 1531 et seq.
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?  ○ Yes  ⦿ No   If so, provide program name and participation dates

Signature /s/ Jennifer L. Vandermeuse                    Date 04-03-2015
Name of Party State of Wisconsin, Wisconsin Department of Natural Resources
Name of Counsel for Appellant/Petitioner Jennifer L. Vandermeuse/ Thomas J. Dawson
Address 17 W. Main St., Madison, WI 53707-7857
Phone ( 608 ) 266-7741        Fax ( 608 ) 267-2223

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)