Re: *Humane Soc'y of the U.S., et al. v. Sally Jewell, et al.*

Case No.: 15-5060; U.S. Court of Appeals for the District of Columbia

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing State of Wisconsin and Wisconsin Department of Natural Resources' Statement of Issues to be Raised was filed with the clerk of court using the CM/ECF system, and served via the Court's CM/ECF system on all counsel of record.

Dated this 3rd day of April, 2015.

s/ Jennifer L. Vandermeuse
JENNIFER L. VANDERMEUSE

Counsel for the Wisconsin
State Appellants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-7741
(608) 267-2223 (Fax)
*vandermeusejl@doj.state.wi.us*