# UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

THE HUMANE SOCIETY OF THE UNITED
STATES, et al.,

      Appellees,

v.

SALLY JEWELL, et al.,

      Appellants,

and

HUNTER CONSERVATION COALITION,

      Appellants / Defendant-Intervenors.

No. 15-5041

1:13-cv-00186-BAH

Consolidated with 15-5043, 15-5060, 15-5061

## CORPORATE DISCLOSURE STATEMENT OF APPELLANTS
## DEFENDANT-INTERVENORS MAKING UP
## HUNTER CONSERVATION COALITION

Appellants/Defendant-Intervenors U.S. Sportsmen's Alliance Foundation,

Safari Club International, the National Rifle Association of America, the

Wisconsin Bear Hunters Association, the Michigan United Conservation Clubs, the

Wisconsin Bowhunters Association, the Upper Peninsula Bear Houndsmen

Association, the Michigan Hunting Dog Federation, and the Rocky Mountain Elk

Foundation (collectively, "Hunter Conservation Coalition" or "HCC")[1] submit the following Corporate Disclosure Statement in accordance with Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Local Rule 26.1:

All of the above organizations are nonprofit advocacy organizations that support and promote hunting and sustainable use conservation and wildlife management. Collectively and individually, they work on a variety of hunting conservation issues, including but not limited to those related to their members' ability to hunt wolves (and where authorized by state law with the use of hunting dogs), to participate in sustainable wolf management and conservation, and to enjoy other species that are natural prey of wolves.

*None of the HCC member organizations have any parent corporations, and no publicly corporation owns a ten percent or greater ownership interest in any of the HCC member organizations.*

Dated: April 13, 2015.

---

[1] "Hunter Conservation Coalition" is a collective term for the private party defendant-intervenors who each joined in the Unopposed Motion to Intervene (ECF Doc. 11) granted by the District Court in a Minute Order dated May 7, 2013 (ECF Doc. 14). *See* Unopposed Motion to Intervene at 1 (listing the applicant-defendant-intervenors by name).

Respectfully submitted,

Hunter Conservation Coalition Appellants-Defendant-Intervenors

/s/ James H. Lister
James H. Lister (D.C. Bar # 447878)
Melinda L. Meade Meyers (D.C. Bar #1022572)
Birch Horton Bittner and Cherot, PC
1156 15th Street, N.W., Suite 1020
Washington, D.C. 20005
Telephone: (202) 659-5800
Facsimile (202) 659-1027
jlister@dc.bhb.com
mmeademeyers@dc.bhb.com
*Attorneys for Appellants-Defendant-Intervenors: U.S. Sportsmen's Alliance Foundation; Wisconsin Bear Hunters Association; Michigan United Conservation Clubs; Wisconsin Bowhunters Association; Upper Peninsula Bear Houndsmen Association; Michigan Hunting Dog Federation; and Rocky Mountain Elk Foundation*

/s/ Anna M. Seidman
Anna M. Seidman (D.C. Bar # 417091)
Douglas S. Burdin (D.C. Bar # 434107)
Safari Club International
501 2nd Street N.E.
Washington, D.C. 20002
Telephone: (202) 543-8733
Facsimile: (202) 543-1205
aseidman@safariclub.org
*Attorneys for Appellant-Defendant-Intervenor
Safari Club International*

/s/ Michael T. Jean
Michael T. Jean (MI Bar No. P76010)
National Rifle Association of America/ILA
11250 Waples Mill Rd., 5N
Fairfax, VA 22030
Telephone: (703) 267-1158
Facsimile: (703) 267-1164
mjean@nrahq.org
*Counsel for Appellant-Defendant-Intervenor National Rifle Association of America*

/s/ John I. Kittel
John I. Kittel
U.S.D.C. for D.C. Bar No. 55798
Mazur & Kittel, PLLC
30665 Northwestern Hwy. Ste. 175
Farmington Hills, MI 48334
Tel: (248) 432-8000
Fax: (248) 432-8010
jkittel@mazur-kittel.com
*Co-Counsel for Appellants-Defendant-Intervenors Michigan Conservation Clubs and Rocky Mountain Elk Foundation*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of April 2015, the foregoing was sent to all counsel of record through the Court's ECF System.

/s/ James H. Lister

James H. Lister (D.C. Bar # 447878)
Birch Horton Bittner and Cherot, PC
1156 15th Street, N.W., Suite 1020
Washington, D.C. 20005
Telephone: (202) 659-5800
Facsimile (202) 659-1027
jlister@dc.bhb.com
