# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 15-5041**             **September Term, 2014**

**1:13-cv-00186-BAH**

**Filed On:** April 23, 2015

Humane Society of the United States, et al.,

       Appellees

    v.

Sally Jewell, Secretary of the Interior, et al.,

       Appellees

U.S. Sportsmen's Alliance Foundation, et al.,

       Appellants

State of Wisconsin, et al.,

       Appellees

------------------------------

Consolidated with 15-5043, 15-5060, 15-5061

## O R D E R

      It appearing that these consolidated cases present potential problems of duplicative briefing, it is

      **ORDERED**, on the court's own motion, that the parties submit, within 30 days of the date of this order, proposed formats for the briefing of these cases. The parties are strongly urged to submit a joint proposal and are reminded that the court looks with extreme disfavor on repetitious submissions and will, where appropriate, require a joint brief of aligned parties with total words not to exceed the standard allotment for a single brief. Whether the parties are aligned or have disparate interests, they must provide *detailed* justifications for any request to file separate briefs or to exceed in the aggregate the standard word allotment. Requests to exceed the standard word allotment must specify the word allotment necessary for each issue.

                                                   **FOR THE COURT:**
                                                   Mark J. Langer, Clerk

                               BY:     /s/
                                          Robert J. Cavello
                                          Deputy Clerk