| | |
|---|---|
| **No. 15-5041** | **September Term, 2014** |
| | 1:13-cv-00186-BAH |
| | **Filed On:** July 29, 2015 |

Humane Society of the United States, et al.,

      Appellees

      v.

Sally Jewell, Secretary of the Interior, et al.,

      Appellees

U.S. Sportsmen's Alliance Foundation, et al.,

      Appellants

State of Wisconsin, et al.,

      Appellees

------------------------------

Consolidated with 15-5043, 15-5060, 15-5061

**BEFORE:** Henderson, Millett, and Wilkins, Circuit Judges

## O R D E R

Upon consideration of the joint briefing proposal, it is

**ORDERED** that the following briefing format and schedule apply in these consolidated cases:

| | |
|---|---|
| Brief for Federal Appellants<br>(not to exceed 17,000 words) | 09/28/15 |
| Brief for Appellant State of Wisconsin<br>(not to exceed 7,000 words) | 10/13/15 |
| Brief for Appellant State of Michigan<br>(not to exceed 7,000 words) | 10/13/15 |
| Brief for Private Appellants<br>(not to exceed 7,500 words) | 10/28/15 |

| | |
|---|---|
| Brief for Appellees (not to exceed 24,000 words) | 12/28/15 |
| Reply Brief for Federal Appellants (not to exceed 8,000 words) | 02/26/16 |
| Reply Brief for Appellant State of Wisconsin (not to exceed 3,000 words) | 03/14/16 |
| Reply Brief for Appellant State of Michigan (not to exceed 3,000 words) | 03/14/16 |
| Reply Brief for Private Appellants (not to exceed 3,500 words) | 03/29/16 |
| Deferred Appendix | 04/12/16 |
| Final Briefs | 04/26/16 |

The parties will be notified separately of the date of oral argument and the composition of the merits panel. To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms. While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known. See D.C. Circuit Handbook of Practice and Procedures 41 (2015); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due. Filing by mail may delay the processing of the brief. Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail. See Fed. R. App. P. 25(a). All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover. See D.C. Cir. Rule 28(a)(8).

**Per Curiam**

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/
Robert J. Cavello
Deputy Clerk