No. 15-5041

(Consolidated with 15-5043, 15-5060, and 15-5061)

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

HUMANE SOCIETY OF THE UNITED STATES, *et al.*,
Appellees,

v.

S.M.R. JEWELL, *et al.*,
STATE OF WISCONSIN, *et al.*, and
U.S. SPORTSMEN'S ALLIANCE FOUNDATION, et al.,
Appellants

## JOINT MOTION FOR 30-DAY EXTENSION OF TIME

The plaintiffs, the federal defendants, the State of Michigan, and the private defendants jointly move for a 30-day delay of the start of briefing in this case in order to facilitate a mediation session scheduled for September 28, 2015, which is also the due date for the first brief. The mediator concurs in this request.

Defendant-Appellant State of Wisconsin, which is not participating in the mediation and is not a joint movant in this motion, does not oppose the relief requested by this motion.

If this motion is granted, and if the time between briefs set forth in this Court's briefing order of July 29, 2015, Document #1565242, is preserved (with minor adjustments to avoid weekends and holidays), then the modified schedule would be as follows:

| | |
|---|---|
| Brief for Federal Appellants | 10/28/15 |
| Briefs for Appellant States of Michigan and Wisconsin | 11/12/15 |
| Brief for Private Appellants | 12/1/15 |
| Brief for Appellees | 2/1/16 |
| Reply Brief for Federal Appellants | 4/1/16 |
| Reply Briefs for States of Michigan and Wisconsin | 4/18/16 |
| Reply Brief for Private Appellants | 5/3/16 |
| Deferred Appendix | 5/17/16 |
| Final Briefs | 5/31/16 |

WHEREFORE, the plaintiffs, federal defendants, State of Michigan, and private defendants jointly move this Court to grant the requested 30-day extension of the briefing schedule.

Respectfully submitted,

s/ Joan M. Pepin
Joan M. Pepin
Attorney, Appellate Section
Environment & Nat'l Resources Div.
U.S. Department of Justice
P.O. Box 7415
Washington, DC 20044
(202) 305-4626
joan.pepin@usdoj.gov
Attorney for the federal defendant-appellants


s/ Elizabeth Runyan Geise
Elizabeth Runyan Geise,
D.C. Bar No. 965559
EGeise@schiffhardin.com
SCHIFF HARDIN LLP
901 K Street, NW, Ste. 700
Washington, DC 20001
(202) 778-6400
(202) 778-6460 (facsimile)
Attorneys for Plaintiffs The Humane Society of the United States, Born Free USA, Help Our Wolves Live, and Friends of Animals and Their Environment

BILL SCHUETTE
Attorney General

s/ Nate Gambill
Nate Gambill (Mich. Bar No. P75506)
gambilln@michigan.gov
Pamela J. Stevenson (Mich. Bar No. P40373)
stevensonp@michigan.gov
Assistant Attorneys General
Attorneys for State of Michigan and Michigan Dep't of Natural Resources
Environment, Natural Resources, and Agriculture Division
P.O. Box 30755
Lansing, MI 48909
(517) 373-7540

s/ Ralph E. Henry
Ralph E. Henry
D.C. Bar No. 982586
rhenry@humanesociety.org
2100 L Street NW
Washington, DC 20037
(202) 676-2324
(202) 778-2357 (facsimile)
Attorney for Plaintiffs The Humane Society of the United States, Born Free USA, Help Our Wolves Live, and Friends of Animals and Their Environment

s/ Anna M. Seidman
Anna M. Seidman (D.C. Bar # 417091)
Douglas S. Burdin (D.C. Bar # 434107)
Safari Club International
501 2nd Street N.E.
Washington, D.C. 20002
Telephone: (202) 543-8733
Facsimile: (202) 543-1205
aseidman@safariclub.org
Attorneys for Appellant-Defendant-Intervenor
Safari Club International


s/ John I. Kittel
John I. Kittel
U.S.D.C. for D.C. Bar No. WI0030
Mazur & Kittel, PLLC
30665 Northwestern Hwy. Ste. 175
Farmington Hills, MI 48334
Tel: (248) 432-8000
Fax (248) 432-8010
jkittel@mazur-kittel.com
Co-Counsel for Appellant-Defendant-Intervenor Michigan Conservation Clubs and Rocky Mountain Elk Foundation

s/ James H. Lister
James H. Lister (D.C. Bar # 447878)
Melinda L. Meade Meyers (D.C. Bar #1022572)
Birch Horton Bittner and Cherot, PC
1156 15th Street, N.W., Suite 1020
Washington, D.C. 20005
Telephone: (202) 659-5800
Facsimile (202) 659-1027
jlister@dc.bhb.com
mmeademeyers@dc.bhb.com
Attorneys for Appellants-Defendant-Intervenors: U.S. Sportsmen's Alliance Foundation; Wisconsin Bear Hunters Association; Michigan United Conservation Clubs; Wisconsin Bowhunters Association; Upper Peninsula Bear Houndsmen Association; Michigan Hunting Dog Federation; and Rocky Mountain Elk Foundation


s/ Michael T. Jean
Michael T. Jean (MI Bar No. P76010)
National Rifle Association of America/ILA
11250 Waples Mill Rd., 5N
Fairfax, VA 22030
Telephone: (703) 267-1158
Facsimile: (703) 267-1164
mjean@nrahq.org
Counsel for Appellant-Defendant-Intervenor National Rifle Association of America