**No. 15-5041**  **September Term, 2015**

1:13-cv-00186-BAH

Filed On: October 2, 2015 [1576345]

Humane Society of the United States, et al.,

    Appellees

  v.

Sally Jewell, Secretary of the Interior, et al.,

    Appellees

U.S. Sportsmen's Alliance Foundation, et al.,

    Appellants

State of Wisconsin, et al.,

    Appellees

------------------------------

Consolidated with 15-5043, 15-5060, 15-5061

## O R D E R

Upon consideration of the joint unopposed motion for extension of time to file brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Federal Appellants' Brief | October 28, 2015 |
| State Appellants' Briefs | November 12, 2015 |
| Private Appellants' Brief | December 1, 2015 |
| Appellees' Brief | February 1, 2016 |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 15-5041**                                      **September Term, 2015**

| | |
|---|---:|
| Federal Appellants' Reply Brief | April 1, 2016 |
| State Appellants' Reply Briefs | April 18, 2016 |
| Private Appellants' Reply Brief | May 3, 2016 |
| Deferred Appendix | May 17, 2016 |
| Final Briefs | May 31, 2016 |

                                              **FOR THE COURT:**
                                              Mark J. Langer, Clerk

          BY:     /s/
                         Mark A. Butler
                         Deputy Clerk