# ORAL ARGUMENT NOT YET SCHEDULED

No. 15-5041
(Consolidated with 15-5043, 15-5060, and 15-5061)

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

HUMANE SOCIETY OF THE UNITED STATES, *et al.*,
Appellees,

v.

S.M.R. JEWELL, *et al.*,
STATE OF WISCONSIN, *et al.*, and
U.S. SPORTSMEN'S ALLIANCE FOUNDATION, et al.,
Appellants

## UNOPPOSED MOTION FOR 9-DAY EXTENSION OF TIME

The U.S. Department of the Interior, the U.S. Fish and Wildlife Service, and Secretary of the Interior S.M.R. Jewell, defendants-appellants, respectfully move this Court for a 9-day extension of time in which to file their opening brief. All parties to this appeal consent to this motion.

The government defendants previously joined in a motion, filed jointly by all parties participating in the ongoing mediation process, to postpone the briefing by 30 days to accommodate mediation. Other than

that, the government defendants have not previously sought an extension of time in which to file their brief.

The reasons for this motion are set forth in the attached Declaration of Joan M. Pepin.

If this motion is granted, then the modified schedule would be as follows:

| | |
|---|---|
| Brief for Federal Appellants | 11/6/15 |
| Briefs for Appellant States of Michigan and Wisconsin | 11/23/15 |
| Brief for Private Appellants | 12/8/15 |
| Brief for Appellees | 2/10/16 |
| Reply Brief for Federal Appellants | 4/11/16 |
| Reply Briefs for States of Michigan and Wisconsin | 4/26/16 |
| Reply Brief for Private Appellants | 5/11/16 |
| Deferred Appendix | 5/25/16 |
| Final Briefs | 6/8/16 |

This schedule is based on the timing between briefs set forth in the parties' joint proposed briefing format and the Court's previous orders, with minor

adjustments to avoid weekends and holidays, and with one two-day adjustment to accommodate the Appellees' schedule.

WHEREFORE, the federal defendants respectfully move this Court to grant the requested unopposed 9-day extension for the filing of their opening brief.

Respectfully submitted,

s/ Joan M. Pepin
Joan M. Pepin
Attorney, Appellate Section
Environment & Nat'l Resources Div.
U.S. Department of Justice
P.O. Box 7415
Washington, DC 20044
(202) 305-4626
joan.pepin@usdoj.gov