# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 15-5041 September Term, 2015

1:13-cv-00186-BAH

Filed On: October 28, 2015 [1580601]

Humane Society of the United States, et al.,

    Appellees

  v.

Sally Jewell, Secretary of the Interior, et al.,

    Appellees

U.S. Sportsmen's Alliance Foundation, et al.,

    Appellants

State of Wisconsin, et al.,

    Appellees

------------------------------

Consolidated with 15-5043, 15-5060, 15-5061

## O R D E R

Upon consideration of the unopposed motion for extension of time to file briefs, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Federal Appellants' Brief | November 6, 2015 |
| State Appellants' Briefs | November 23, 2015 |
| Private Appellants' Brief | December 8, 2015 |
| Appellees' Brief | February 10, 2016 |

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 15-5041**                                             **September Term, 2015**

| | |
|---|---|
| Federal Appellants' Reply Brief | April 11, 2016 |
| State Appellants' Reply Briefs | April 26, 2016 |
| Private Appellants' Reply Brief | May 11, 2016 |
| Deferred Appendix | May 25, 2016 |
| Final Briefs | June 8, 2016 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Mark A. Butler
Deputy Clerk