# United States Court of Appeals

District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue N.W.
Washington, D.C. 20001-2866

Mark J. Langer  
Clerk             December 16, 2015             General Information  
                                                                    (202) 216-7000

Re:     15-5041 Humane Society of the US, et al v. Sally Jewell, et al

Dear Counsel:

It is my understanding that you represent a party in the above captioned case.

Our records reveal that you are not a member of the bar of this court. It is the policy of the court that all attorneys appearing before it be members of the bar of this court. Our instructions do not allow us to accept filings from attorneys who are not members. Also, the names of non-members may not appear on any opinion the court issues. Generally, attorneys must be members of this court to present oral argument. See D.C. Circuit Handbook of Practice and Internal Procedures 6 (2015).

Unless you advise the court that you are not seeking admission and will not be representing a party to the case, your completed application is due by January 15, 2016. The application and supporting documents may be electronically submitted with payment through the Bar Admission utility within CM/ECF.

                                          Very truly yours,  
                                          Mark J. Langer, Clerk

                          BY:     /s/  
                                          John J. Accursio  
                                          Deputy Clerk

The following forms and notices are available on the Court's website:

Application for Admission to Practice