No. 15-5041
(Consolidated with 15-5043, 15-5060, and 15-5061)

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

HUMANE SOCIETY OF THE UNITED STATES, et al.,

Plaintiffs-Appellees,

v.

S.M.R. JEWELL, et al.,

STATE OF WISCONSIN, et al., and

U.S. SPORTSMEN'S ALLIANCE FOUNDATION, et al.,

Defendants-Appellants

..................................................................................................................

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

**NOTICE OF APPEARANCE
AND SUBSTITUTION OF COUNSEL**
_____

PLEASE TAKE NOTICE that the undersigned attorney will be serving as Counsel for Amicus Curiae State of North Dakota in the above-entitled action, replacing Wayne Stenehjem, Attorney General of North Dakota. Please serve all future documents on the undersigned attorney at the address below.

This substation is in response to the Court's December 16, 2015 letter regarding Attorney General Stenehjem not being a member of the bar of this Court. Because the undersigned counsel is a member of the bar of this Court, Amicus Curiae

State of North Dakota understands that the Court's concern is addressed by the undersigned counsel appearing as counsel for Amicus Curiae State of North Dakota.

Dated this 14th day of January, 2016.

                State of North Dakota
                Wayne Stenehjem
                Attorney General

      By:    /s/ Douglas A. Bahr
                Douglas A. Bahr
                Solicitor General
                State Bar ID No. 04940
                Office of Attorney General
                500 North 9th Street
                Bismarck, ND 58501-4509
                Telephone (701) 328-3640
                Facsimile (701) 328-4300
                Email dbahr@nd.gov

Counsel for Amicus Curiae State of North Dakota.

# CERTIFICATE OF SERVICE

No. 15-5041
(Consolidated with 15-5043, 15-5060, and 15-5061)

I hereby certify that on January 14, 2016, the following document: **Notice of Appearance and Substitution of Counsel,** was filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the attorneys of record who have registered ECF email addresses with this Court.

        State of North Dakota
        Wayne Stenehjem
        Attorney General

By:   /s/ Douglas A. Bahr
        Douglas A. Bahr
        Solicitor General
        State Bar ID No. 04940
        Office of Attorney General
        500 North 9th Street
        Bismarck, ND 58501-4509
        Telephone (701) 328-3640
        Facsimile (701) 328-4300
        Email dbahr@nd.gov

e:\dixie\cl\bahr\amicus\jewell.noticesubstitution.docx