# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 15-5041**

**September Term, 2015**

1:13-cv-00186-BAH

**Filed On: March 7, 2016** [1602711]

Humane Society of the United States, et al.,

     Appellees

   v.

Sally Jewell, Secretary of the Interior, et al.,

     Appellees

U.S. Sportsmen's Alliance Foundation, et al.,

     Appellants

State of Wisconsin, et al.,

     Appellees

------------------------------

Consolidated with 15-5043, 15-5060, 15-5061

## O R D E R

    Upon consideration of the motion of the Center for Biological Diversity for leave to file amicus curiae brief, it is

    **ORDERED** that the motion be granted.

                   **FOR THE COURT:**
                   Mark J. Langer, Clerk

         BY:   /s/
                   Mark A. Butler
                   Deputy Clerk