# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Humane Soc'y of the United States, et al.

**v.**

Sally Jewell, Sec'y of the Interior

**Case No:** 15-5041 & 15-5060

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

☉ Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae

State of Wisconsin

Wisconsin Department of Natural Resources

Names of Parties

Names of Parties

### Counsel Information

Lead Counsel: Ryan J. Walsh

Direct Phone: (608) 261-1332  Fax: (608) 261-7206  Email: walshrj@doj.state.wi.us

2nd Counsel: Daniel P. Lennington

Direct Phone: (608) 267-8901  Fax: (608) 261-7206  Email: lenningtondp@doj.state.wi.us

3rd Counsel:

Direct Phone: (   )            Fax: (   )            Email:

Firm Name:

Firm Address:

Firm Phone: (   )            Fax: (   )            Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)